UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK FULTZ,

      Plaintiff,

v.

Case No. 21-cv-10105
Hon. Matthew F. Leitman

ASHFORD ANN ARBOR, LP,
a Delaware Limited Partnership,

      Defendant.
_____/

## ORDER ON STIPULATION TO EXTEND FACT DISCOVERY CUTOFF

**THIS MATTER** is before the Court upon the stipulation of the parties, the Court having carefully reviewed said Stipulation and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    The fact discovery cutoff herein as set forth in [Document 11] shall be extended from February 7, 2022, until March 7, 2022.

**IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: January 6, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 6, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(810) 341-9764
